463 A.2d 48

Commonwealth v. Johnstone, Appellant.

Submitted May 11, 1983. Vivian A. Sye Payne, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.